IN THE UNITED DISRICT COURT OF TEXAS
FOR THE WESTERN DISTIRCT
PECOS DIVISION

| | | |
|---|---|---|
| **MARIA M. GROUNDS,** | § | |
| Complainant, | § | |
| | § | |
| vs. | § | CAUSE NO. 4-18-cv-00021 |
| | § | |
| **PROPERTY OWNERS** | § | |
| **ASSOCIATION OF TERLINGUA** | § | |
| **RANCH, INC.** | § | |
| Defendant. | § | |

## COMPLAINTANT'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **MARIA M. GROUNDS,** (hereinafter referred to as "Complainant") by and through her attorney, Gerald K. Fugit, and complaining of **PROPERTY OWNERS ASSOCIATION OF TERLINGUA RANCH, INC.** (hereinafter collectively referred to as "Defendants") and in support, would show the Court as follows, to wit:

1. This lawsuit is filed as a discrimination lawsuit under the provisions of Title VII, The Americans with Disables Act, and for retaliation. under the Notice of Suit Rights sent and attached hereto and made a part hereof for all purposes and shown herein as **Exhibit 1.** The letter itself sent out approximately March 13, 2018, even though the letter is dated March 13, 2018 it was not received until March 21 or 22nd, 2018.

## PARTIES

2. **MARIA M. GROUNDS** Complainant, is a citizen of the United States American

and is entitled to bring this cause of action. Complainant, now lives at 410 E. 10th Street, Grandfield, Oklahoma 73546. The incident occurred when **MARIA M. GROUNDS,** Complainant, resided at 101 East Shady Lane, Alpine, Texas 79852 and worked for the Defendant. **PROPERTY OWNERS ASSOCIATION OF TERLINGUA RANCH, INC. MARIA M. GROUNDS,** Complainant, commenced working for the Defendant on or about March 13, 2013.

3.  **PROPERTY OWNERS ASSOCIATION OF TERLINGUA RANCH, INC.** Defendant, is locate in Brewster County, Texas**.** Service of Process may be had upon the the Defendant's Registered Agent, Anita K. Goss, at 16000 Terlingua Ranch Road, Terlingua, Brewster County, Texas 79830-7822.

## JURISDICTION AND VENUE

4.  This Court has jurisdiction and venue in as much as the entire series of events occurred within the boundaries of the County of Brewster, Texas.

5.  There is attached hereto and made a part hereof for all purpose a letter of Notice the Suit Rights. This was issued by the Equal Employment Opportunity Commission (EEOC). Shown herein as **Exhibit 1.**

## STATEMENT OF FACTS

6.  **MARIA M. GROUNDS** Complainant, does have an Impairment Rating of six percent (6%) Permanent Disability at this time due to an injury received while working for the Defendant, **PROPERTY OWNERS ASSOCIATION OF TERLINGUA RANCH, INC.**

7.  **MARIA M. GROUNDS** Complainant, commenced working for the Defendant on or about June 2013. **MARIA M. GROUNDS** Complainant, left because Complainant was never paid **RANCH, INC.** 's restaurant owned by Chris in September 2013. At that same time

the Complainant met Laurel Wakefield, who knew Complainant's work ethics and who indicated to the Complainant the place never looked better. When the Complaint was re-hired on or about June 2015 the Complaint was under the direction of Laurel Wakefield because the Defendant, **PROPERTY OWNERS ASSOCIATION OF TERLINGUA RANCH, INC.,** took back the restaurant and the Complainant would then be paid through the Defendant as a ranch employee.

8. It became a hostile working environment as a result of **MARIA M. GROUNDS** Complainant, getting hurt on or about September 18, 2016 at approximately 3:00 p.m. when Complainant's hand got caught in/under /between, of the oven handle all closing it in the kitchen while Complainant worked her shift.

9. **MARIA M. GROUNDS** Complainant, worked with sometimes under the following individuals, to wit:

      a. Bette Cerviel; but forced to quit six (6) days prior to Complainant's injury;

      b. Anita Goss; and

      c. Danese Jones;

10. Bette Cerviel was forced to quit in September 2016, six (6) days prior to my accident. On September 23, 2016, **MARIA M. GROUNDS,** Complainant, indicated that she was going to see David Sanchez, M.D.'s Office 202 North 2nd Street, Alpine, Brewster County, Texas 79830. At that time, Anita Goss told **MARIA M. GROUNDS,** Complainant, that she needed to be back at 2:00 p.m. to start her shift.

11. The Complainant had to drive 73.6 miles to see David Sanchez, M.D and another 73.6 miles back to the Complainant's work place.

12. Anita Goss would go out of her way to humiliate **MARIA M. GROUNDS,** Complainant, in front of people and make remarks or mean jokes about her injury. Anita Goss

harassed and treated **MARIA M. GROUNDS,** Complainant, poorly and hatefully.

13. **MARIA M. GROUNDS,** Complainant, explained to the management what had happened and that **MARIA M. GROUNDS,** Complainant, could not sleep and was in great pain.

14. Defendants, Anita Goss, as the ranch manager never offered to take **MARIA M. GROUNDS**, Complaint to be seen by the **PROPERTY OWNERS ASSOCIATION OF TERLINGUA RANCH, INC** Defendant's doctor as Anita Goss would when any other employee got hurt. The Complainant's husband had to make their own appoints to see the doctor in Alpine, Texas and drive the Complainant in their own vehicle using their own gas to see the doctor.

15. This seemed to irritate the management and it was necessary for **MARIA M. GROUNDS,** Complainant, to travel to Alpine, Texas to see David Sanchez, M.D. about her hand and finger and still had to travel 73.6 miles. The Complainant had to make extras trips because the Defendant would not allow Complainant to miss any work using .

16. The Defendant, had a total of twenty-four (24) people that were employed by **PROPERTY OWNERS ASSOCIATION OF TERLINGUA RANCH, INC.,** Defendant, but could not cover the Complainant's shift at any time for the Complainant.

17. A couple days after the Complainant got hurt and her fingers, hand were not feeling any better the Complainant asked Anita Goss to see a doctor that was covered by **PROPERTY OWNERS ASSOCIATION OF TERLINGUA RANCH, INC.'s** insurance.

18. On September 23, 2016, the secretary asked the Complainant for a Workman's Compensation number from Defendant so the Complainant would not be responsible for the bills.

19. There were no workman compensation posters displayed anywhere on the

Defendant's facility.

20. It was not until December 6, 2016 which was exactly eleven and one half (11.5) weeks that the Complainant was able to see a specialist for a x-ray to be taken to reveal the tip of the finger was fractured and would not bend.

21. **MARIA M. GROUNDS** Complainant, was being paid nine dollars ($9.00) an hour by the Defendant after being hurt while others were paid ten dollars ($10.00) and/or eleven ($11.00) an hour.

22. On December 22, 2016, **MARIA M. GROUNDS** Complainant, was called at home and was accused of stealing pork. Which **MARIA M. GROUNDS** Complainant did not do.

23. **MARIA M. GROUNDS** Complainant, noticed several times that food was missing but nothing was done about it. On January 2nd, 2017, this particular day there were three (3) other employees that watched "DRA" take 2 steaks (1- 7oz/ and 9.5 oz.) this happen and no one said anything.

24. On January 13th, 207, **MARIA M. GROUNDS,** Complainant, work schedule changed to three (3) days: Fridays, Saturdays and Mondays.

25. At three (3) different times the Board of Directors for the Defendant, **PROPERTY OWNERS ASSOCIATION OF TERLINGUA RANCH, INC.,** was told of the use of drugs by almost all Defendant's employees including Anita Goss. An employee by the name of Rocky told the Defendant that he was license to drug test people and would do this for free to help the ranch.

26. On Thursday, January 26th, 2017, **MARIA M. GROUNDS,** Complainant, was called in on the Complainant's day off and was written up for orders coming in too slow. This

was a two-hundred-dollar ($200.00) night.

27. However, on New Year's Eve **MARIA M. GROUNDS,** Complainant, worked that night and there was $2,300.00 made and not one complaint against **MARIA M. GROUNDS,** Complainant.

28. On February 1st, 2017, **MARIA M. GROUNDS,** Complainant, was called in the Complaint's day off and the Defendant, **PROPERTY OWNERS ASSOCIATION OF TERLINGUA RANCH, INC.,** let Rocky go as a volunteer position. Marilynn Antheneat, the board president was involved in the entire situation as Marilynn Antheneat is the one that got Rocky fired by going to Anita Goss about drugs.

29. Anita Goss stated to **MARIA M. GROUNDS,** Complainant, that if she could not do her work without Rocky to help then **MARIA M. GROUNDS,** Complainant, did not have a job. The Defendant, **PROPERTY OWNERS ASSOCIATION OF TERLINGUA RANCH, INC.** changed the keys to the restaurant and told **MARIA M. GROUNDS,** Complainant, someone would let her in.

30. By now, the theft increased and no one to oversee it.

31. On or about March 7th, 2017 - **MARIA M. GROUNDS** Complainant's doctor's office gave Anita Goss all the Complainant's personal medical file without the Complainants permission which is in violation of the HIPA Law. Anita Goss was only allowed to have Complainant's workman comp file.

32. On or about March 12, 2017, due to **MARIA M. GROUNDS** Complainant, being out sick from all stress of being in pain and being bullied Complainant was switched to morning shift (7- 2 p.m.) and demoted to waitress from cook by Anita Goss.

33. On March 24, 2017, **MARIA M. GROUNDS** Complainant, worked 7-2:30 p.m

shift and was written up and accused of taking longer brakes. **MARIA M. GROUNDS** Complainant, never took longer breaks. **MARIA M. GROUNDS** Complainant, can show you how Complainant worked and kept her area clean too and using one hand. Every other employee was taking longer brakes. Both Anita Goss and Danese Jones ganged up on **MARIA M. GROUNDS,** Complainant, threatening and told that everyone was watching the Complainant. The Complainant told Anita Goss and Danese Jones that she was doing her job with restrictions and in fact with one hand.

34. On May 6th, 2017, **MARIA M. GROUNDS** Complainant, went to see the State Rating Physician Dr. D. G. Eaves and the doctor told **MARIA M. GROUNDS,** Complainant, up front that the Dr. Eaves was given the information from the Defendant, **PROPERTY OWNERS ASSOCIATION OF TERLINGUA RANCH, INC** insurance company to "sway" Dr. Eaves's judgment and personal information obtained from the Defendant to discredit the Complainant or deflate the Complainant's character. Defendant,

35. On July 1, 2017, the employees of the Defendant, **PROPERTY OWNERS ASSOCIATION OF TERLINGUA RANCH, INC.,** were cooking without food handler licenses and Anita Goss told the Complainant, "to stay the blank out of the kitchen, Jake can figure it out on his own" because the Complainant was trying to help the employees that were made to cook.

36. On July 7th, 2017 **MARIA M. GROUNDS,** the Complainant, was terminated for no reason.

37. The Defendant, **PROPERTY OWNERS ASSOCIATION OF TERLINGUA RANCH, INC.** knowingly violated **MARIA M. GROUNDS,** Complainant's right: such as working in an Hostile Work Environment, Defamation of Character, right to work in a drug free

and a safe environment, and violation of the HIPA Law etc.

38. On or about March 2018, **MARIA M. GROUNDS,** Complainant, and the Complainant's family was forced to move/ uproot due to Complainant's family's life was in jeopardy because Complainant's neighbors all worked for the Defendant, **PROPERTY OWNERS ASSOCIATION OF TERLINGUA RANCH, INC,** who became very hostile against **MARIA M. GROUNDS,** Complainant and Complainant's family. The loss of **MARIA M. GROUNDS,** Complainant 's, residence was estimated to be $55,000.00. **MARIA M. GROUNDS,** Complainant's property was vandalized to the point **MARIA M. GROUNDS,** Complainant**,** and Complainant's family could no longer live on the property. **MARIA M. GROUNDS,** Complainant**,** and Complainant's family may never be able to return due to extensive damage done via the vandalism and hostile environment.

## CAUSES OF ACTION

38. **MARIA M. GROUNDS** Complainant, sues the Defendant for the following, causes of action to wit:

        A.    Breach of Contract;

.       B.    Tortious Interference with Existing Contract;

        C.    Fraud;

        D.    Intentional Infliction of the Emotional Distress;

        E.    Declaratory and Equitable Relief;

        F.    Breach of Disability

        G.    Title VII of the Disabilities Act;

        H.    Future learning Compacity;

  I. Exemplary Damages;

  J. Cost of Court;

  K. Reasonable Attorney's Fees;

  L. Retaliation; and

  M. Harassment/Hostile work Environment;

  N. All other causes of action derived from Title VII,

39. Complainant reserves the right to amend Complainant's Original Complaint.

## DAMAGES

40. **MARIA M. GROUNDS** Complainant, sues the Defendant for an amount is in excess of one hundred thousand dollars ($100,000.00) the jurisdiction limits of the Court.

41. **MARIA M. GROUNDS** Complainant, sues the Defendant for the following, damages, to wit:

  a. Mental Anguish;

  b. Pecuniary Losses;

  c. Exemplary Damages;

  d. Past, Present, Future Pain and Suffering;

  e. Medical Expenses;

  f. Loss of past capacity;

  g. Loss of future capacity;

  h Attorney's fees;

  i. Cost of Court; and

j.   Prejudgment/post judgment;

## JURY DEMAND

42.   **MARIA M. GROUNDS** Complainant, hereby demands a trial by jury.

43.   **MARIA M. GROUNDS** Complainant, demand a trial on all issues in this matter.

44.   **MARIA M. GROUNDS** Complainant, has been obligated to retain the undersigned attorney for the filing, prosecution of this action, and has agreed to pay his counsel reasonable attorney's fees including costs and litigation expenses, incurred in this action. Complainant, assert that **MARIA M. GROUNDS**, is entitled to recover those attorney's fees, costs and ligation expenses from the Defendant, **PROPERTY OWNERS ASSOCIATION OF TERLINGUA RANCH, INC.** pursuant to violation of Title VII, of the American's Disabilities Act.

## CONDITION PRECEDENT

45.   All conditions precedent to Plaintiff's claim for relief has been performed or has occurred.

## PRAYER

46.   **WHEREFORE**, **MARIA M. GROUNDS** Complainant, sues the Defendant for the following, respectfully requests that Defendant be cited to appear and to answer the above lawsuit and that upon final hearing, this Court enter judgment in favor of **MARIA M. GROUNDS** Complainant, sues the Defendant for the following, and against Defendant and order the following relief against Defendant:

a.   Declaratory judgment whereby Defendant declaring Defendant's acts, thought the acts of its agents, employer, herein complained of to be in violation of Title VII of

    the American's Disabilities Act and would be declared to have violated the Texas Constitution;

b. Compensatory damages against the Defendant for each violation of Complainant's rights, as protected by Title VII, the American's Disabilities Act, for pain, suffering, emotional distress, physical and emotional damages;

c. Attorney's fees, court costs, prejudgment and post judgment interest as provided by law including Title VII; and

d. Such other and further relief to which Complainant may be entitled.

e. pay an amount in excess of the jurisdictional limits of the Court;

f. Front pay;

g. Back pay;

h. Damages in an amount within the jurisdictional limits of the Court;

i. Pre-judgment interest (from the date of injury through the date of judgment at the maximum rate allowed by law;

j. Post-judgment interest at the legal rate;

k. Such other and further relief to which Complainant may be entitled.

Respectfully submitted,

By **/s/GERALD K. FUGIT**
fugitassist@att.net
GERALD K. FUGIT, P.C.
Attorney at Law
412 N. Texas Avenue
Odessa, Texas 79761
Tel: (432) 332-1661
Fax: (432) 335-0003
State Bar No. 07501000